# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 419 |
| | : | |
| REAPPOINTMENT TO THE MINOR | : | MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD AND | : | |
| DESIGNATION OF VICE-CHAIR | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 11th day of April, 2018, Magisterial District Judge Henry J. Schireson, Montgomery County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years and designated as Vice-Chair, commencing July 1, 2018.